AO 91 (Rev. 11/11) Criminal Complaint



# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

APR 0 1 2019

Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Scott Sauls<br><br>*Defendant(s)* | ) SEALED<br>)<br>) Case No. 4:19MJ181<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/8/19 and 3/12/19__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deputy James McNicholas, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/01/2019  3:30 pm__

_____
*Judge's signature*

City and state: __Sherman, Texas__     Hon. Christine A. Nowak
*Printed name and title*